**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-6076**

THOMAS CAMERON WHITEMAN,

Plaintiff - Appellant,

versus

PADMAJA POLAVARAPU, M.D.; TRISH CATHER, Head
Nurse,

Defendants - Appellees,

and

DEPARTMENT OF CORRECTIONS, Virginia Department
of Corrections, Bland Correctional Unit #100,

Defendant.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-98-160-R)

Submitted: May 25, 1999                Decided: June 2, 1999

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Cameron Whiteman, Appellant Pro Se.  Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas Cameron Whiteman appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court.  See Whiteman v. Polavarapu, No. CA-98-160-R (W.D. Va. Dec. 23, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED